**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 20-43112-ELM |
| | § | |
| **STEPHEN TAYLOR SCHMIDT &** | § | CHAPTER 13 |
| **CHRISTI CAROLE SCHMIDT** | § | |
| | § | COURT HEARING:  Thursday, |
| DEBTORS | § | May 2, 2024 at 8:30 AM |
| | § | |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL AND NOTICE OF COURT HEARING**

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtors did not pay to the Trustee when due one or more payments (except the first) specified in Debtors' Plan, as required by Section 3(e) of General Order 2023-04.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$6,950.00**.

    **\*\*MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076\*\***

2. Due date is **Apr 26, 2024**.  Payments must be received by 4:00 PM.

    **FAILURE TO BRING ALL PAYMENTS CURRENT BY APR 26, 2024, OR FAILURE TO RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

    **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT <u>US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102</u>.  ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE EDWARD L MORRIS ON May 2, 2024 8:30 am AT 501 W. 10TH STREET, ROOM 204, FORT WORTH, TX  76102**

/s/ Tim Truman
Tim Truman, Trustee, State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

20-43112-ELM　　　　　　　　　　　　　　　　　STEPHEN TAYLOR SCHMIDT & CHRISTI CAROLE SCHMIDT

Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Court Hearing" was served on the parties listed below in the manner listed below on or before April 12, 2024.

**BY FIRST CLASS MAIL:**
STEPHEN TAYLOR SCHMIDT, CHRISTI CAROLE SCHMIDT, 310 N BUFFALO, CLEBURNE, TX 76033-0000

**ELECTRONIC SERVICE:**
VIDA LAW FIRM PLLC, 3000 CENTRAL DR, BEDFORD, TX 76021
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX 76010
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711-2548
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

　　　　　　　　　　　　　　　　　　　　　　/s/ Tim Truman
　　　　　　　　　　　　　　　　　　　　　　Tim Truman, Trustee
　　　　　　　　　　　　　　　　　　　　　　State Bar# 20258000